

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :      INDICTMENT
        - v. -                   :
                                 :      08 Cr.
BENNY RUIZ,                      :
                                 :
             Defendant.          :
                                 :
- - - - - - - - - - - - - - - - x
```

08 CRIM 29

COUNT ONE

The Grand Jury charges:

1. On or about October 29, 2007, in the Southern District of New York, BENNY RUIZ, the defendant, unlawfully, intentionally, and knowingly did possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of heroin.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

COUNT TWO

The Grand Jury further charges:

2. On or about October 29, 2007, in the Southern District of New York, BENNY RUIZ, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about June 9, 2003, in New York Supreme Court, Bronx County, of criminal sale of a controlled substance in the third degree, in violation of New York Penal Law 220.39, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a 9

millimeter Keltec semi-automatic handgun, and ammunition, to wit, 10 rounds of 9 millimeter ammunition, 1 round of .44 caliber ammunition and 16 rounds of .40 caliber ammunition, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BENNY RUIZ,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g), and
21 U.S.C. § 841(b)(1)(C))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

01/08/08 *Indictment Filed.*
*A/W Ordered*
*Case Assigned to*
*USDJ Sullivan.*

*Fox, M.J.*